IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN R. TYRELL,

      Plaintiff,                      No. CIV S-06-1414 DFL GGH P

      vs.

CITY OF ROSEVILLE,

      Defendant.

_____/

      Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On March 23, 2007, defendant City of Roseville brought a motion to dismiss predicated on the doctrine of abstention, contending that plaintiff had a concurrent action on the same matter pending before the state court of appeal. On April 13, 2007, defendant sought leave to amend to raise new grounds for dismissal based on changed factual circumstances, that is, that the state appellate court had ruled on the matter at issue.

      Accordingly, IT IS ORDERED that:

      1. Defendant's request, filed on April 13, 2007, for leave to amend the motion to dismiss is granted;

      2. Defendant's motion to dismiss, filed on March 23, 2007, is hereby vacated from the court's calendar;

1

3.  Defendant must file an amended motion to dismiss within twenty (20) days of the filing date of this order;

4.  Plaintiff will have thirty (30) days to file his opposition; after which defendant will have seven (7) days to file any reply.

DATED: 4/23/07                               /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
tyre1414.nmt